# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80093-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
　　Plaintiff,

v.

TERRY HURLBERT,
　　Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 31]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, October 20, 2011, at 10:45 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 13th day of October, 2011.

**copy furnished:**
AUSA Emalyn H. Webber
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　United States District Judge